734 A.2d 1285

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Robert COSTANZI, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

Michael J. Barrasee, Dist. Atty., Marisa A. Rinaldi, Asst. Dist. Atty., District Attorney's Office, for Com.

Christopher Casey for Robert Costanzi.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lackawanna County Court of Common Pleas dated April 1, 1999. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.